UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COURTNEY KEITH,

        Plaintiff,

                      Civil No. 13-1417-JAR-KGG

v.

ASSET ACCEPTANCE CAPITAL CORP., et al.,

        Defendants.

## NOTICE OF SETTLEMENT

PLAINTIFF, by and through her counsel of record A. Scott Waddell of the Waddell Law Firm LLC, hereby notifies this Court that Plaintiff and Defendants have settled this matter in full.

        Respectfully submitted,

        /s/ A. Scott Waddell
        A. Scott Waddell, #20955
        WADDELL LAW FIRM LLC
        2029 Wyandotte Street, Suite 100
        Kansas City, Missouri 64108
        (816) 221-2555
        (816) 221-2508 (FAX)
        scott@aswlawfirm.com
        *Attorney for Plaintiff*

1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing on January 29, 2014 to:

Robert M. Horwitz, Admitted Pro Hac Vice
Dykema Gossett
400 Renaissance Center
Detroit, Michigan 48243
Telephone (313) 568.5384
Facsimile (313) 568.6691
rhorwitz@dykema.com

and

Joshua C. Dickinson
Bryan T. Lamer
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, Missouri 64106-2140
Telephone (816) 471-8100
Facsimile (816) 474-3216 and (402) 965-8601
jdickinson@spencerfane.com
blamer@spencerfane.com

*Attorneys for Defendants*