UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COURTNEY KEITH,

        Plaintiff,

                                  Civil No. 13-1417-JAR-KGG

v.

ASSET ACCEPTANCE CAPITAL CORP., et al.,

        Defendants.

## STIPULATION OF DISMISSAL

PLAINTIFF and DEFENDANTS, by and through their counsel of record hereby notify this Court that Plaintiff and Defendants have settled this matter in full and stipulate to the case's dismissal with prejudice (and without costs or fees being awarded to the Parties) per FRCP 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ A. Scott Waddell
A. Scott Waddell, #20955
WADDELL LAW FIRM LLC
2029 Wyandotte Street, Suite 100
Kansas City, Missouri 64108
(816) 221-2555
(816) 221-2508 (FAX)
scott@aswlawfirm.com
*Attorney for Plaintiff*

and

/s/  Robert M. Horwitz, Admitted Pro Hac Vice
Dykema Gossett
400 Renaissance Center
Detroit, Michigan 48243
Telephone (313) 568.5384

1

Facsimile (313) 568.6691
rhorwitz@dykema.com

and

/s/ Joshua C. Dickinson
Bryan T. Lamer
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, Missouri 64106-2140
Telephone (816) 471-8100
Facsimile (816) 474-3216 and (402) 965-8601
jdickinson@spencerfane.com
blamer@spencerfane.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing on March 4, 2014 to:

Robert M. Horwitz, Admitted Pro Hac Vice
Dykema Gossett
400 Renaissance Center
Detroit, Michigan 48243
Telephone (313) 568.5384
Facsimile (313) 568.6691
rhorwitz@dykema.com

and

Joshua C. Dickinson
Bryan T. Lamer
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, Missouri 64106-2140
Telephone (816) 471-8100
Facsimile (816) 474-3216 and (402) 965-8601
jdickinson@spencerfane.com
blamer@spencerfane.com

*Attorneys for Defendants*

                                              /s/ A. Scott Waddell
                                              A. Scott Waddell, #20955